DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                                                                                        NOS. 12-08-00004-CR

          12-08-00005-CR

 

IN THE COURT OF APPEALS 

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER,
TEXAS

TROYON LEJAY PERRY,   §                      APPEAL
FROM THE 7TH

APPELLANT

 

V.        §                      JUDICIAL
DISTRICT COURT OF

 

THE
STATE OF TEXAS,

APPELLEE   §                      SMITH
COUNTY, TEXAS

                                                                                                    
                                                       

MEMORANDUM
OPINION

PER
CURIAM

            Appellant has notified the trial court by letter that he
wishes to dismiss this appeal.  His
counsel has forwarded Appellant’s letter to this court and has also informed
the court that, in compliance with Appellant’s wishes, he will not pursue the
appeal further.  No decision having been
delivered by this court, the motion is granted, and the appeal is dismissed in
accordance with Texas Rule of Appellate Procedure 42.2.

            Opinion delivered January 31, 2008.

            Panel consisted of Worthen, C.J., Griffith, J., and Hoyle,
J.

 

 

 

 

(DO NOT
PUBLISH)